COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-146-CR
 

JAMES RYAN GILES            APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 371
ST
 
DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion For Voluntary Dismissal Of Appeal By Appellant James Ryan Giles.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
 See id.;
 Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  
CAYCE, C.J.; LIVINGSTON
 and DAUPHINOT, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: August 20, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.